# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MELVIN STAMPER,** | ) | 8:14CV415 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **CORRECT CARE SOLUTIONS,** | ) | |
| (Health Care Provider for Tecumseh | ) | |
| Correctional Facility), **BRYAN WEST** | ) | |
| **MEDICAL FACILITY, and NEBRASKA** | ) | |
| **DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 15, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 4th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge